# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID CRUZ**, | : | **CIVIL ACTION NO. 1:08-CV-0829** |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA**, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 20th day of August, 2008, upon consideration of plaintiff's application (Doc. 17) to proceed *in forma pauperis* on appeal, and of the financial affidavit submitted in support thereof, which certifies that plaintiff has $327.12 on deposit in his prisoner trust fund account, (see Doc. 20), it is hereby ORDERED that the application (Doc. 17) is CONSTRUED as a motion to proceed without full payment of fees and costs and is GRANTED as so construed.  See Fed. R. App. P. 24(a)(1) ("[A] party to a district-court action who desires to appeal *in forma pauperis* must file a motion in the district court. . . ."). Plaintiff shall be permitted to proceed *in forma pauperis* on appeal.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge